# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 146 EAL 2015
: 
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
          v. : 
: 
: 
: 
TYRONE J GRAHAM, : 
: 
                Petitioner : 

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 15th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.